**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**MAURICIO GONZALEZ**                                **DOCKET NO. 2:25-cv-0237**
**REG. # 46933-509**                                          **SECTION P**

**VERSUS**                                                          **JUDGE JAMES D. CAIN, JR.**

**FEDERAL BUREAU OF PRISONS, ET AL    MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction, Motion to Expedite (doc. 5) is **DENIED** as MOOT.

**THUS DONE AND SIGNED** in Chambers this 29th day of April, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**